

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-18-00564-CR

David Lee **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2062
The Honorable Laura Lee Parker, Judge Presiding

## O R D E R

Appellant's Third Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. Time is extended to February 25, 2019. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court